*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6610-GHK (PJWx) | Date | November 22, 2010 |
|---|---|---|---|
| Title | *Aurora Loan Services, LLC v. Foisaga Poasa* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers)** Order Remanding Action to State Court

On November 1, 2010, we issued an Order to Show Cause ("OSC") why the above-captioned action should not be remanded to state court based on this Court's lack of subject matter jurisdiction. We noted that Defendant Foisaga Poasa's ("Defendant") Notice of Removal had not alleged that we may exercise diversity jurisdiction over this case. Nor had Plaintiff properly invoked our federal question jurisdiction. The Notice of Removal states that we have federal question jurisdiction because the action arises under TILA, RESPA, and various other federal laws based on several counterclaims against Plaintiff Aurora Loan Services, LLC ("Plaintiff"). In the OSC, we explained that counterclaims may not form the basis for subject matter jurisdiction. *See Vaden v. Discover Bank*, 129 S. Ct. 1262, 1266 (2009). We cautioned Defendant that failure to timely respond to our OSC would be deemed Defendant's admission that this Court lacks subject matter jurisdiction. The docket reflects that no such response has been timely filed. Pursuant to our OSC, Defendant is **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

                                                                                                 :
                                                         Initials of Deputy Clerk    IR for  Bea